| | |
|---|---|
| 1 | John W. Shaw, Esq., SBN: 82802 |
| 2 | jshaw@mpplaw.com |
|   | Holiday Powell, Esq., SBN: 245135 |
| 3 | hpowell@mpplaw.com |
|   | Wendi J. Frisch, Esq., SBN: 211555 |
| 4 | wfrisch@mpplaw.com |

John W. Shaw, Esq., SBN: 82802
jshaw@mpplaw.com
Holiday Powell, Esq., SBN: 245135
hpowell@mpplaw.com
Wendi J. Frisch, Esq., SBN: 211555
wfrisch@mpplaw.com
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone:     (213) 891-9100
Facsimile:     (213) 488-1178

Attorneys for Defendant,
SMITH & NEPHEW, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DANIELLE MILLER,<br><br>Plaintiff,<br><br>vs.<br><br>STANFORD HEALTH CARE, ATLANTECH MEDICAL DEVICE, LTD., ARTHROCARE CORPORATION, ARTHROCARE MEDICAL CORPORATION, SMITH & NEPHEW, INC., SMITH & NEPHEW PLC, DOES 1 – 50 and DOES 51 – 100,<br><br>Defendants. | Case No.: 5:15-cv-02389-NC<br>[Action Filed: May 29, 2015]<br><br>Assigned to Magistrate Judge Nathanael M. Cousins<br><br>**ORDER OF DISMISSAL OF DEFENDANTS ATLANTECH MEDICAL DEVICE, LTD., ARTHROCARE CORPORATION, ARTHROCARE MEDICAL CORPORATION AND SMITH & NEPHEW PLC PURSUANT TO STIPULATION** |

**ORDER OF DISMISSAL OF DEFENDANTS ATLANTECH MEDICAL DEVICE, LTD., ARTHROCARE CORPORATION, ARTHROCARE MEDICAL CORPORATION AND SMITH & NEPHEW PLC PURSUANT TO STIPULATION**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, having reviewed the Stipulation Requesting Dismissal of Defendants Atlantech Medical Device, Ltd., ArthroCare Corporation, ArthroCare Medical Corporation and Smith & Nephew PLC and good cause appearing therefor,

**IT IS NOW ORDERED** that, pursuant to Federal Rule of Civil Procedure 41, defendants Atlantech Medical Device, Ltd., ArthroCare Corporation, ArthroCare Medical Corporation and Smith & Nephew PLC are hereby dismissed from this case.

**IT IS SO ORDERED.**

Dated:   July 15, 2015



_____
The Honorable Nathanael M. Cousins
United States Magistrate Judge