VINCENT R. FISHER (SBN 276334)
vfisher@mcolaw.com
**MCALLISTER OLIVARIUS**
5 Wells Street
Saratoga Springs, New York 12866
Telephone:	(518) 633-4775
Facsimile:	(781) 658-2480

Attorneys for Plaintiff,
DANIELLE MILLER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| DANIELLE MILLER,<br><br>        Plaintiff,<br><br>   v.<br><br>STANFORD HEALTH CARE, SMITH & NEPHEW PLC, DOES 1–50 and DOES 51–100,<br><br>        Defendants. | Case No.: 5:15-cv-02389-NC<br>[Action Filed:  May 29, 2015]<br><br>Assigned to Magistrate Judge Nathanael M. Cousins<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT** |

## ORDER

On January 20, 2016, Plaintiff Danielle Miller timely filed a response to this Court's Order to Show Cause Re: Dkt. No. 40, (ECF Dkt. No. 41).  Having considered the parties' submission and arguments of counsel, and good cause therein appearing, the Court hereby **GRANTS** Plaintiff leave to file a First Amended Complaint.

It is so ORDERED.

DATE:

January 21, 2016

_____
The Hon. Judge
United States Magistrate

GRANTED
Judge Nathanael M. Cousins

1

**ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT**