AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

DANIELLE MILLER,
            Plaintiff (s),
V.
STANFORD HEALTH CARE, et al.
            Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:15-cv-02389-NC

Notice is hereby given that, subject to approval by the court, __SMITH & NEPHEW, INC.__ substitutes
(Party (s) Name)

__John W. Shaw, Esq. (Shaw, Koepke and Satter LLP)__, State Bar No. __82802__ as counsel of record in
(Name of New Attorney)

place of __John W. Shaw, Esq. (Morris, Polich & Purdy LLP)__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: SHAW, KOEPKE and SATTER LLP
    Address: 23326 Hawthorne Boulevard., Suite 320, Torrance, CA 90505
    Telephone: (310) 373-4445    Facsimile (310) 373-4440
    E-Mail (Optional): jshaw@sksattorneys.com

I consent to the above substitution.
Date: April 4, 2016
                                      (Signature of Party (s))

I consent to being substituted.
Date: 13 April 2016
                                      (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 13 April 2016
                                      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: April 18, 2016

**GRANTED**
Judge Nathanael M. Cousins

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]