```
 1  VINCENT R. FISHER (SBN 276334)
    vfisher@mcolaw.com
 2  MCALLISTER OLIVARIUS
    5 Wells Street
 3  Saratoga Springs, New York 12866
    Telephone:  (518) 633-4775
 4  Facsimile:  (781) 658-2480

 5
    Attorney for Plaintiff
 6  DANIELLE MILLER

 7
 8
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| DANIELLE MILLER, | Case No.: 5:15-CV-02389 (NC) |
|---|---|
| Plaintiff, | |
| v. | JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE |
| | BEFORE:  HON. NATHANAEL COUSINS |
| STANFORD HEALTH CARE, ET. AL. | |
| Defendants. | FED. R. CIV. P. 41 |

### [~~PROPOSED~~] ORDER OF DISMISSAL

The parties' joint stipulation and [proposed] order for dismissal with prejudice is approved.  The entire action, including all claims and any counterclaims stated herein against all parties, is hereby dismissed with prejudice.

DATE:  ___June 28, 2016___

_____
Hon. Nathanael M. Cousins
United States Magistrate Judge

**GRANTED**
Judge Nathanael M. Cousins